UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RALPH FOSTER JACKSON, JR., | 2:00-CV-00104-PMP-LRL |
| Plaintiff, | **ORDER** |
| vs. | |
| STEWART BELL, *et al.*, | |
| Defendants. | |

On November 16, 2000 the Court entered an Order (Doc. #10) dismissing Plaintiff's Amended Civil Rights Complaint (Doc. #9) brought pursuant to 42 U.S.C. §1983.

Nearly 2 ½ years later, on February 28, 2003, the Court entered an Order (Doc. #13) denying Plaintiff's Motion for Reconsideration (Doc. #12).

Now, nearly 11 years after Plaintiff's Amended Complaint was dismissed, Plaintiff Jackson files his latest Motion for Reconsideration (Doc. #15). Plaintiff's Complaint is obviously time barred, and moreover, raises issues which, if cognizable at all, would have been more properly considered through an action filed pursuant to 28 U.S.C. §2254. Regardless, the Court finds no basis to reconsider its Order (Doc. #10) entered 11 years ago.

///

///

**IT IS THEREFORE ORDERED** that Defendant Jackson's Motion for Reconsideration "Second Request" is **DENIED**.

DATED: August 16, 2011.

_____
PHILIP M. PRO
United States District Judge